UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
17-CR-60276-HUCK/MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KHALIL MAXIMILLIAN WASHINGTON,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Magistrate Judge Chris McAliley's Report and Recommendation on Change of Plea [D.E. 18], which was entered on December 15, 2017. In the Report and Recommendation, Magistrate Judge McAliley recommends that the Defendant, Khalil Maximillian Washington, be found to have freely and voluntarily entered a plea of guilty to the crimes charged in Counts 1 and 3 of the Indictment, namely bank robbery by force or violence, in violation of Title 18, United States Code, Section 2113(a). Magistrate McAliley recommends that the Defendant's guilty plea be accepted, that the Defendant be adjudicated guilty of the offenses to which the plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, but none were filed. Accordingly, having reviewed the record *de novo*, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge McAliley's Report and Recommendation on Change of Plea [D.E. 18] is adopted and approved in its entirety. The Defendant's guilty plea is accepted, and he is adjudged guilty of Counts 1 and 3 of the indictment, namely bank robbery by force or violence, in violation of Title 18, United States Code, Section 2113(a). A sentencing hearing will be held before the Honorable Paul C. Huck, at the Wilkie D.

Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida, on **Thursday, February 22, 2018, at 9:30 A.M.**

**DONE AND ORDERED** in Chambers in Miami, Florida, on January 9, 2018.

Paul C. Huck
United States District Judge

**Copies provided to:**
Counsel of Record
U.S. Pretrial Service